**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL FORD,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation; THE LONG TERM DISABILITY PLAN OF BROWN & SHARPE MANUFACTURING COMPANY; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.  CV06-3665 GHW (Ex)<br><br>**JUDGMENT**<br><br>Trial Date: September 20, 2007<br><br>Complaint Filed: June 13, 2006 |

This action came on before the Court for a non-jury trial, the Honorable George H. Wu, presiding.  The issues have been duly tried and the Court having rendered its decision by way of its Statement of Decision, dated August 8, 2008,

/ / /

/ / /

/ / /

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4844-7526-6050 v1

CASE NO. CV06-3665 GHW (EX)
[PROPOSED] JUDGMENT

IT IS ORDERED AND ADJUDGED:

Following review of all of the arguments and issues raised by the parties in the documents submitted to this Court and in the ERISA trial conducted on September 20, 2007, the Court finds that Plaintiff has not demonstrated that the termination of his claim for benefits under the Long Term Disability Plan Of Brown & Sharpe Manufacturing Company was unreasonable or constituted an abuse of discretion.

Judgment is hereby entered on all claims in the Complaint in favor of Defendants and against Plaintiff, Plaintiff shall take nothing, and Defendants shall recover their costs of suit against Plaintiff.

DATED: August 19, 2008

*[signature: George H. Wu]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-7526-6050 v1

- 1 -

CASE NO. CV06-3665 GHW (EX)
[PROPOSED] JUDGMENT